IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20660
Summary Calendar
_____


GLENN ANDERSON,

                                        Plaintiff-Appellant,

versus

UNITED STATES AIR FORCE,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-679
- - - - - - - - - -
April 11, 1996
Before HIGGINBOTHAM, DUHE' and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Glenn Franklin Anderson appeals the dismissal of his petition for a writ of mandamus on grounds of res judicata. We have reviewed the record and the briefs, and AFFIRM the judgment for essentially the same reasons set forth by the district court. Anderson v. Secretary of the Air Force, No. CA-H-95-679 (S.D. Tex. Jul. 10, 1995).

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

In a prior appeal to this court, this court ordered Anderson to pay $500 in sanctions pursuant to Fed. R. App. P. 38 for the filing of a frivolous action against the same party and involving the same cause of action.  Anderson is BARRED from filing any pleadings or documents of any kind, either in the district courts of this circuit or in this court, without advance written permission of a judge of the forum court.  Any attempt by Anderson to file frivolous pleadings in the future will result in further sanctions.  All of Anderson's motions and filings pertaining to this case are DENIED as moot.

APPEAL DISMISSED.  See 5th Cir. R. 42.2.